| | Fill in this information to identify the case: |
|---|---|
| Debtor name | KPH Construction Corp. |
| United States Bankruptcy Court for the: | District Of Wisconsin Eastern |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Arteaga Construction Inc.<br>4000 S. Pine Avenue<br>Milwaukee, WI53207 | | | | | | $383,372.60 |
| 2 | Johnson & Sons Paving, LLC<br>20275 W. Good Hope Road<br>Lannon, WI53046 | | trade debt | | | | $107,217.51 |
| 3 | Cornerstone Plumbing, LLC<br>20865 Enterprise Ave.<br>Brookfield, WI53045 | | | | | | $96,418.04 |
| 4 | H.J. Martin and Son, Inc.<br>320 S. Military Ave.<br>Green Bay, WI54303 | | | | | | $85,000.00 |
| 5 | Henry R Marohl, Inc.<br>10848 W. Wisconsin Ave.<br>Wauwatosa, WI53226 | | trade debt | | | | $74,303.02 |
| 6 | Automated Logic<br>954 Glory Road<br>Green Bay, WI54304 | | trade debt | | | | $67,996.09 |
| 7 | Chase Cardmember Service<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | | corporate credit card | | | | $63,224.08 |
| 8 | Gateway Construction<br>P.O. Box 178<br>Pulaski, WI54162 | | | | | | $58,777.79 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have 20 Largest Unsecured Claims    page 1

Case 19-20935-beh    Doc 2    Filed 02/06/19    Page 1 of 3

Debtor   KPH Construction Corp.                                    Case number (*if known*)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Zersen Flooring Inc. 412 8th Street Monroe, WI53566 | | | | | | $57,570.00 |
| 10 | Langer Roofing & Sheet Metal 345 South Curtis Road Milwaukee, WI53214 | | | | | | $49,868.87 |
| 11 | Citi AAdvantage Business Card P.O. Box 9001037 Louisville, KY40290-1037 | | | | | | $45,608.84 |
| 12 | Citibank Select PO Box 9001037 Louisville, KY40290-1037 | | American AAdvantage credit card | | | | $45,608.84 |
| 13 | Paul Crandall & Associates Inc. 1645 N. Port Washington Road Grafton, WI53024 | | | | | | $44,867.50 |
| 14 | WI Steel Contractors 1528 W. Donges Bay Rd. Mequon, WI53092 | | | | | | $36,924.30 |
| 15 | Dairyland Energy Solutions 12770 W. Custer Ave. Butler, WI53007 | | | | | | $34,905.84 |
| 16 | Empower Electirc P.O. Box 211 Menomonee Falls, WI53052 | | | | | | $32,000.00 |
| 17 | Barclays P.O. Box 13337 Philadelphia, PA19101-3337 | | | | | | $29,764.96 |
| 18 | Craftmaster Painting LLC 11113 W. Forest Home Ave. Suite 110 Franklin, WI53132 | | Notice Only | | | | $28,650.00 |
| 19 | Century Fence Company P.O. Box 727 Pewaukee, WI53072-0727 | | | | | | $26,854.05 |
| 20 | Frantl Industries Inc. W227 N6330 Sussex Rd. Sussex, WI53089 | | | | | | $26,225.00 |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | KPH Construction Corp. |
| United States Bankruptcy Court for the: | District Of Wisconsin Eastern |
| Case number (If known): | |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ A Summary of Assets and Liabilities for Non-Individuals (Official Form 206–Summary)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X __/s/ Keith P. Harenda_____
Signature of individual signing on behalf of debtor

Keith P. Harenda
Printed name

President
Position or relationship to debtor

Official Form B202    Declaration Under Penalty of Perjury for Non-Individual Debtors