<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor name: KPH Construction Corp.

United States Bankruptcy Court for the: District of Wisconsin Eastern

Case number (If known): 19-20939-beh

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $107.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BMO Harris Bank N.A. | | ___ ___ ___ ___ | $186,826.81 |
| 3.2. | See Attachment 1 | | | $ |

See Attachment 2: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts

4. **Other cash equivalents** *(Identify all)*

| 4.1. | Advance to KH Properties LLP | $60,112.58 |
|---|---|---|
| 4.2. | | $ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$250,382.83**

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
| 7.1. | State Income Tax Deposit | $410.00 |
|---|---|---|
| 7.2. | | $ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Prepaid Insurance      $ 16,762.83

8.2.      $

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.      $ 17,172.83

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| 11. **Accounts receivable** |  |  |  |
| 11a. 90 days old or less: | $584,118.84 <br> face amount | − $0.00 <br> doubtful or uncollectible accounts | = ........→ $584,118.84 |
| 11b. Over 90 days old: | $3,390,024.67 <br> face amount | − $10,000.00 <br> doubtful or uncollectible accounts | = ........→ $3,380,024.67 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $3,964,143.51

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** |  |  |
| Name of fund or stock: |  |  |
| 14.1. | | $ |
| 14.2. | | $ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** |  |  |
| Name of entity:      % of ownership: |  |  |
| 15.1.    % | | $ |
| 15.2.    % | | $ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** |  |  |
| Describe: |  |  |
| 16.1. | | $ |
| 16.2. | | $ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.      $

Case 19-20939-beh    Doc 39    Filed 02/20/19    Page 2 of 66

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** See Attachment 3 | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| See Attachment 4: Additional Inventory (Work in Progress) | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$71,638.00

24. **Is any of the property listed in Part 5 perishable?**

☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☒ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $_____ | | $_____ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 39. **Office furniture** <br> Office Furniture and Equipment | $62.35 | Book Value | $62.35 |
| 40. **Office fixtures** <br> _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$62.35

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Case 19-20939-beh    Doc 39    Filed 02/26/19    Page 4 of 66

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 Vehicles | $ 75,333.42 | Book Value | $ 75,333.42 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attachment 5 | $ | | $ |

See Attachment 6: Additional Machinery, Fixtures, and Equipment

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 473,732.42

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Case 19-20939-beh    Doc 29    Filed 02/26/19    Page 5 of 66

| Debtor | KPH Construction Corp. | Case number (if known) 19-20939-beh |
|---|---|---|
| | Name | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Case 19-20939-beh    Doc 29    Filed 02/26/19    Page 6 of 66

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

- ☐ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☐ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

See Attachment 8

_____ − _____ = ➜ $_____

Total face amount     doubtful or uncollectible amount

See Attachment 7: Additional Notes Receivable

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____
_____  Tax year _____  $_____
_____  Tax year _____  $_____

**73. Interests in insurance policies or annuities**

_____  $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

Appeal Sale Northland Hotel

$ Unknown

Nature of claim    Construction Lien

Amount requested   $6,168,782.23

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

Nature of claim    _____

Amount requested_   $_____

**76. Trusts, equitable or future interests in property**

_____  $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Leasehold Improvements    $88,590.00

See Attachment 9    $_____

See Attachment 10: Additional Property Not Already Listed

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $2,804,184.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☒ No
- ☐ Yes

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 250,382.83 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 17,172.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 3,964,143.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 71,638.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $ 62.35 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 473,732.42 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 2,804,184.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 7,581,315.94 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................ $ 7,581,315.94

Case 19-20939-beh    Doc 89    Filed 02/20/19    Page 8 of 66

Attachment 1

Park Bank

2,500.00

Payroll

836.44

Attachment 2: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts

Account Type: Payroll
Value: $836.44

Attachment 3

Work In Progress

Unknown

29,976.00

Construction In Progress

41,662.00

Attachment 4: Additional Inventory (Work in Progress)

Description: Construction In Progress
Book Value:
Value: $41,662.00

Attachment 5

Construction Equipment

42,744.03

Book Value

324,221.00

Computer Software

0.00

Book Value

74,178.00

Attachment 6: Additional Machinery, Fixtures, and Equipment

Description: Computer Software

Book Value: $0.00
Valuation method: Book Value
Value: $74,178.00

Attachment 7: Additional Notes Receivable

Description: Retainage
Face Amount: $1,336,747.00
Doubtful or Uncollectible Amount: $0.00
Value: $1,336,747.00

Description: Note receivable - BW Contracting Services
Face Amount: $2,136.00
Doubtful or Uncollectible Amount: $0.00
Value: $2,136.00

Face Amount: $1,080,421.00
Doubtful or Uncollectible Amount: $0.00
Value: $1,080,421.00

Attachment 8

note Receivable - Bruce Real Estate

$288,190.00

$0.00

288,190.00

Retainage

$1,336,747.00

$0.00

1,336,747.00

Note receivable - BW Contracting Services

$2,136.00

$0.00

2,136.00

$1,080,421.00

$0.00

1,080,421.00

Attachment 9

      Fox River Flyers- membership

      4,600.00

      Employee Advances

      3,500.00

Attachment 10: Additional Property Not Already Listed

    Description: Employee Advances
    Value: $3,500.00

    Value:

**Fill in this information to identify the case:**

Debtor name __KPH Construction Corp.__

United States Bankruptcy Court for the: __District of Wisconsin Eastern__

Case number (If known): __19-20939-beh__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>BMO Harris Bank<br><br>Creditor's mailing address<br>770 N. Water St.<br>Milwaukee, WI 53202<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>Last 4 digits of account number ___ ___ ___ ___<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor, and its relative priority.<br>  BMO Harris Bank: 1<br>  Liberty Mutual Insurance Co: 2 | Describe debtor's property that is subject to a lien<br>See Attachment 1<br><br>X<br><br>Describe the lien<br>Line of Credit<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 2,000,000.00 | $ 4,282,783.00 |
| **2.2** Creditor's name<br>Liberty Mutual Insurance Company<br><br>Creditor's mailing address<br>175 Berkeley St.<br>Boston, MA 02116<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>Last 4 digits of account number ___ ___ ___ ___<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>  ☒ Yes. The relative priority of creditors is specified on lines _2.1_ | Describe debtor's property that is subject to a lien<br>See collateral descriptoins on UCC filings.<br>Second priority behind BMO Harris Bank<br><br>Describe the lien<br>See Attachment 2<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $ 5,600,000.00 | $ 4,211,082.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 7,600,000.00

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of _3_

| Debtor | KPH Construction Corp. | Case number (if known) | 19-20939-beh |
|---|---|---|---|
| | Name | | |

| | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**

**Describe debtor's property that is subject to a lien**

$ 0.00                    $ 0.00

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.4** **Creditor's name**

**Describe debtor's property that is subject to a lien**

$ _____         $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

---

Case 19-20939-beh    Doc 29    Filed 02/20/19    Page 13 of 66

| Debtor | KPH Construction Corp. | Case number *(if known)* | 19-20939-beh |
|---|---|---|---|
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| BMO Harris Bank<br>Att: Bankruptcy Dept., 111 West Monroe Street<br>Chicago, IL 60603 | Line 2. 1 | ___ ___ ___ ___ |
| vonBriesen & Roper<br>411 East Wisconsin Ave. St. 1000, Att. David Cisar<br>Milwaukee, Wisconsin 53202 | Line 2. 1 | ___ ___ ___ ___ |
| Beck, Chaet, Bamberger & Polsky, S.C.<br>330 East Kilbourn Ave., Ste. 1085, Att: Steven W. Jelenchick<br>Milwaukee, Wisconsin 53202 | Line 2. 2 | ___ ___ ___ ___ |
| Liberty Mutual<br>Attn: Bankruptcy Dept., P.O. Box 2839<br>New York, NY 10116-2839 | Line 2. 2 | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Form 206D          Official Form 206D  Schedule D: Creditors Who Have Claims Secured by Property          page _3_ of _3_

Attachment 1

Includes accounts, AR, equipment, inventory, wip, office furniture.
First priority ahead of Liberty Mutual

Attachment 2

UCC Filing 180015080620, 11/9/2018
UCC Filing 180015083623, 11/9/2018

**Fill in this information to identify the case:**

Debtor    KPH Construction Corp.

United States Bankruptcy Court for the:   District of Wisconsin Eastern

Case number   19-20939-beh
(If known)

☐ Check if this is an
     amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
Internal Revenue Service

See Attachment 1

Philadelphia, PA 19101-7346

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $ 14,079.33     $ 14,079.33
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**2.2**   Priority creditor's name and mailing address
Wisconsin Dept. of Revenue

819 N. 6th St. #408

Milwaukee, WI 53203

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $ 5,655.00     $ 5,655.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**2.3**   Priority creditor's name and mailing address

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $ 0.00     $ 0.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 1 of 45

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.4** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.5** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.6** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.7** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page _2_ of _45_

Debtor    KPH Construction Corp.          Case number (if known) 19-20939-beh

          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                   **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

A&E Graphics Inc.

4075 N. 124th Street
Brookfield, WI 53005

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 194.90

---

**3.2** Nonpriority creditor's name and mailing address

ABC Supply

15631 Collection Center
Chicago, IL 60693-0156

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice only

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.3** Nonpriority creditor's name and mailing address

Absolute Procurement Service Inc

4829 N Congress Ave
Portland, OR 97217

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.4** Nonpriority creditor's name and mailing address

Accurate Recharge & Fire

5811 N. 96th Street
Milwaukee, WI 53225

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 337.69

---

**3.5** Nonpriority creditor's name and mailing address

Advance Shade & Drapery

980 Mary Lane
Boookfield, WI 53045

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred 01/04/2018

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☒ Yes

$ 150.00

---

**3.6** Nonpriority creditor's name and mailing address

Advanced Communication Special

N70 W25156 Indiangrass Lane
Sussex, WI 53089

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred 01/21/2019

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 268.01

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 3 of 45

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Advanced Disposal

Emerald Park Landfill, LLC-F1 P.O. Box 74008053
Chicago, IL 60674-8053

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 9,460.67

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Ahern Fire

P.O. Box 1316
Fond du Lac, WI 54936-1316

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 2,025.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

ALG Northland Management LLC

11 SW Fifth Ave Suite 1001
Portland, OR 97204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Allied Insulation

P.O. Box 2122
Milwaukee, WI 53201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice only

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

American Express

P.O. Box 0001
Los Angeles, CA 90096-8000

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 257.13

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Official Form 206E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                     page 4 of 45

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Americollect, Inc.

P.O. Box 1505

Manitowoc, WI 54221-1505

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 400.00

Basis for the claim: _____

Date or dates debt was incurred    01/09/2019

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Architectural Grille

42 Second Avenue

Brooklyn, NY 11215

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 68.61

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Arteaga Construction Inc.

4000 S. Pine Avenue

Milwaukee, WI 53207

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 383,372.60

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Automated Logic

954 Glory Road

Green Bay, WI 54304

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$ 67,996.09

Basis for the claim: trade debt

Date or dates debt was incurred    over time

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Automatic Entrances of WI Inc.

1712 Paramount Court

Waukesha, WI 53186

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 577.50

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page _5_ of _45_

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.17** Nonpriority creditor's name and mailing address

B&D Contractors, Inc.

17020 West Rogers Dr.

New Berlin, WI 53151

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 719.00

---

**3.18** Nonpriority creditor's name and mailing address

Badger Railing Inc.

3880 W. Milwaukee Road

Milwaukee, WI 54304

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.19** Nonpriority creditor's name and mailing address

Barclays

P.O. Box 13337

Philadelphia, PA 19101-3337

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 29,764.96

---

**3.20** Nonpriority creditor's name and mailing address

Barricade Flashers

6610 S. 13th Street

Oak Creek, WI 53154

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,545.82

---

**3.21** Nonpriority creditor's name and mailing address

Batzner

16948 W. Victor Road

New Berlin, WI 53151

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,292.00

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

page 6 of 45

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.22** Nonpriority creditor's name and mailing address

Benavides Construction Inc.

4522 NW Hwy.
Waterford, WI 53185

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 12,000.00

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Best Specialties Inc

11811 W. Dixon Street
Milwaukee, WI 53214

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

$ 0.00

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Block Iron & Supply Co Inc

1016 Witzel Ave P.O. Box 557
Oshkosh, WI 54903

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

$ 0.00

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

BPC Holdings Inc.

P.O Box 270386
Milwaukee, WI 53227

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

$ 0.00

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Buckys Portable Toilets, Inc.

2182 Hwy. MM
Oregon, WI 53575

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 263.75

Date or dates debt was incurred     10/25/2018
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page _7_ of _45_

| Debtor | KPH Construction Corp. | Case number *(if known)* | 19-20939-beh |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Building Installation Group I

1609 Western Ave
Green Bay, WI 54303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.28** Nonpriority creditor's name and mailing address

Building Service Inc.

W222 N630 Cheaney Rd.
Waukesha, WI 53186-1697

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,691.00

---

**3.29** Nonpriority creditor's name and mailing address

Butters Fetting

1669 South 1st Street
Milwaukee, WI 53204-2999

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,489.24

---

**3.30** Nonpriority creditor's name and mailing address

C.M.Morris Fireproofing

610 Wedvick Rd.
Deerfield, WI 53531

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,886.79

---

**3.31** Nonpriority creditor's name and mailing address

Cabella's Club Visa

P.O. Box 82519
Lincoln, NE 68501-2519

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred 06/18/2018

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,800.00

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 8 of 45

| Debtor | KPH Construction Corp. | Case number (if known) | 19-20939-beh |
|--------|------------------------|------------------------|--------------|
|        | Name                   |                        |              |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Cade Law Group

Attn: Nathanial Cade P.O. box 170887

Milwaukee, WI 53217

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Notice only

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.33** Nonpriority creditor's name and mailing address

Calouette  Construction Service

4330 Conifer Ct.

Union Grove, WI 53182

Date or dates debt was incurred 5/31/2018

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 401.07

---

**3.34** Nonpriority creditor's name and mailing address

Cans-To-Go LLC

751 W. Oakland Ave.

Port Washington, WI 53074

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 223.87

---

**3.35** Nonpriority creditor's name and mailing address

Cardinal Fabricating Corporation

2021 S Lenox St

Milwaukee, WI 53207

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.36** Nonpriority creditor's name and mailing address

Central Barrel & Drum Co. Inc.

P.O. Box 2293

Oshkosh, WI 54903

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 228.68

---

Official Form 206E/F                           Schedule E/F: Creditors Who Have Unsecured Claims                           page 9 of 45

| Debtor | KPH Construction Corp. | Case number *(if known)* | 19-20939-beh |
|--------|------------------------|--------------------------|--------------|
|        | Name |                         |              |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

Century Fence Company

P.O. Box 727
Pewaukee, WI 53072-0727

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

$ 26,854.05

---

**3.38** Nonpriority creditor's name and mailing address

Chase Cardmember Service

P.O. Box 6294
Carol Stream, IL 60197-6294

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: corporate credit card

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number 4 0 3 4

$ 63,224.08

---

**3.39** Nonpriority creditor's name and mailing address

Cisco-Eagle

2120 Valley View Lane
Dallas, TX 75234

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred 11/21/2018

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

$ 250.00

---

**3.40** Nonpriority creditor's name and mailing address

Citibank Select

P.O. Box 9001037
Louisville, KY 40290-1037

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: American AAdvantage credit card

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number 7 6 1 0

$ 45,608.84

---

**3.41** Nonpriority creditor's name and mailing address

City of Green Bay

100 Northern Jefferson St. c/o Treasurer Diana Ellenbecker
Green Bay, WI 54301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

$ 0.00

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 10 of _45_

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.42** Nonpriority creditor's name and mailing address

City of Milwaukee

City Treasurer P.O. Box 78776
Milwaukee, WI 53278-0776

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Property Taxes

$ 13,886.79

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

Coates Electric

21675 Doral Road Suite 8
Waukesha, WI 53186

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: trade debt

$ 12,255.50

Date or dates debt was incurred over time
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

Commercial Walls & Ceilings

401 Wilmont Dr. Unit F
Waukesha, WI 53189

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,089.00

Date or dates debt was incurred 12/19/2018
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

Company B Brand Marketing LLC

218 South 2nd St
Mlilwaukee, WI 53204

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

Concentra

Occupational Health Centers P.O. Box 1297
Brookfield, WI 53008-1297

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 233.50

Date or dates debt was incurred 12/15/2018
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

Connect Hospitality Solutions

628 S. Main St.
Fort Atkinson, WI 53538

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Notice only

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.48** Nonpriority creditor's name and mailing address

Consolidated Door

11709 W. Dixon Street
Milwaukee, WI 53214

Date or dates debt was incurred 06/10/2018

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 255.00

---

**3.49** Nonpriority creditor's name and mailing address

Construction Technology Laboratories, Inc.

5400 Old Orchard Road
Skokie, IL 60077

Date or dates debt was incurred 05/26/2017

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,587.76

---

**3.50** Nonpriority creditor's name and mailing address

Cornerstone Plumbing, LLC

20865 Enterprise Ave.
Brookfield, WI 53045

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 96,418.04

---

**3.51** Nonpriority creditor's name and mailing address

Craftmaster Painting LLC

11113 W. Forest Home Ave. Suite 110
Franklin, WI 53132

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☒ No
☐ Yes

$ 28,650.00

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

page 12 of _45_

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.52** Nonpriority creditor's name and mailing address

Crescent Electric Supply Company

770 Dunleith Dr
East Dubuque, IL 61025

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.53** Nonpriority creditor's name and mailing address

Crown Equipment Corporation

P.O. Box 641173
Cincinnati, OH 45264-1173

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred 05/30/2018

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 356.40

---

**3.54** Nonpriority creditor's name and mailing address

Cybercoders, Inc.

6591 Irvine Center Dr. Suite 200
Irvine, CA 90074-4318

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred 09/19/2018

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,041.33

---

**3.55** Nonpriority creditor's name and mailing address

Dairyland Energy Solutions

12770 W. Custer Ave.
Butler, WI 53007

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 34,905.84

---

**3.56** Nonpriority creditor's name and mailing address

Damarc Quality Inspection Services

2195 59th Street
Somerset, WI 54025

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred 01/31/2017

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 240.00

---

Official Form 206E/F — Schedule E/F: Creditors Who Have Unsecured Claims — page 13 of _45_

| Debtor | KPH Construction Corp. | Case number (if known) | 19-20939-beh |
|---|---|---|---|
| | Name | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.57** Nonpriority creditor's name and mailing address

Dan Nelson

N1785 Hwy H
Palmyra, WI 53156

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 47.42

**3.58** Nonpriority creditor's name and mailing address

Davis Companies, LLC

539 Elijah Court
Evansville, WI 53536

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 2,234.40

**3.59** Nonpriority creditor's name and mailing address

Dawes Rigging & Crane Rental

P.O. Box 44080
Milwaukee, WI 53214

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 2,969.50

**3.60** Nonpriority creditor's name and mailing address

DeBlauw Purchasing LLC

60 Langs Ln
Newmarket, NH 03857

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 0.00

**3.61** Nonpriority creditor's name and mailing address

DeKeyser Construction Company Inc.

480 N Northview Rd
Green Bay, WI 54311

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 0.00

| Debtor | KPH Construction Corp. | Case number *(if known)* 19-20939-beh |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Discover

P.O. Box 6103

Carol Stream, IL 60197-6103

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 5,000.00

---

**3.63** Nonpriority creditor's name and mailing address

DK Contractors

11013 122 Street

Pleasant Prairie, WI 53158

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 6,551.43

---

**3.64** Nonpriority creditor's name and mailing address

Drexel Building Supply

19355 W. Bluemound Rd.

Brookfield, WI 53045

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 1,587.90

---

**3.65** Nonpriority creditor's name and mailing address

Echo Construction Services Inc.

P.O. Box 17

Somers, WI 53171

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 7,711.50

---

**3.66** Nonpriority creditor's name and mailing address

Empower Electirc

P.O. Box 211

Menomonee Falls, WI 53052

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 32,000.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 15 of 45

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.67** Nonpriority creditor's name and mailing address

Excalibur Flooring, LLC

11539 N. Oriole Ln.
Mequon, WI 53092

Date or dates debt was incurred    11/24.18
Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 537.80

---

**3.68** Nonpriority creditor's name and mailing address

Excel Disposal of Wisconsin LLC

5329 W. State Street
Milwaukee, WI 53208

Date or dates debt was incurred    01/20/2019
Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 425.00

---

**3.69** Nonpriority creditor's name and mailing address

Faulkners Construction

2031 Winchester Drive
Freeport, IL 61032

Date or dates debt was incurred    10/22/2016
Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 320.00

---

**3.70** Nonpriority creditor's name and mailing address

Forward Contractors

P.O. Box 396
Grafton, WI 53204

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.71** Nonpriority creditor's name and mailing address

Foss and Company

1700 Montgomery St Suite 210
San Francisco, CA 94111

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

| Debtor | KPH Construction Corp. | Case number (if known) | 19-20939-beh |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.72** Nonpriority creditor's name and mailing address

Frantl Industries Inc.

W227 N6330 Sussex Rd.
Sussex, WI 53089

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,225.00

---

**3.73** Nonpriority creditor's name and mailing address

Gagnon Clay Products

2770 S. Ashland Avenue P.O. Box 28200
Green Bay, WI 54324

Date or dates debt was incurred    12/30/2016

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,545.63

---

**3.74** Nonpriority creditor's name and mailing address

Garaventa USA, Inc.

225 Depot St.
Antioch, IL 60002

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 475.00

---

**3.75** Nonpriority creditor's name and mailing address

Gateway Construction

P.O. Box 178
Pulaski, WI 54162

Date or dates debt was incurred    02/10/2017

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 58,777.79

---

**3.76** Nonpriority creditor's name and mailing address

Gateway Construction and Development LLC

200 S St Augustine Unit B
Pulaski, WI 54162

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Notice Only

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 17 of 45

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** Nonpriority creditor's name and mailing address

Geis Building Products

20520 Enterprise Avenue P.O. Box 622
Brookfield, WI 53008-0622

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 242.50

Date or dates debt was incurred    01/13/2019
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address

General Mitchel Int'l Airport

P.O. Box 7897
Milwaukee, WI 53287

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice only

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address

Gentz Electric

406 West 10 1/2 Street P.O. Box 84
Monroe, WI 53566

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 340.00

Date or dates debt was incurred    11/16/2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address

Germantown Iron & Steel

N174 W21370 Alcan Dr.
Jackson, WI 53037

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 4,551.30

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.81** Nonpriority creditor's name and mailing address

GESTRA Engineering Inc.

191 W. Edgerton Ave.
Milwaukee, WI 53207

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 4,873.35

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

Goldstein Law Group, S.C.

161 S 1st St., Ste. 400
Milwaukee, WI 53204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.83** Nonpriority creditor's name and mailing address

Graybar Milwaukee

650 S 108th St
West Allis, WI 53214-1134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 437.07

---

**3.84** Nonpriority creditor's name and mailing address

Great Lakes Bowling Equipment

2732 South 163rd Street
New Berlin, WI 53151

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred 1/31/2017

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,480.75

---

**3.85** Nonpriority creditor's name and mailing address

Great Lakes Excavating Inc.

6701 N Teutonia Ave.
Milwaukee, WI 53209

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred 8/21/2016

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,000.00

---

**3.86** Nonpriority creditor's name and mailing address

Guru Luxury LLC

6000 Indian Creek Dr
Miami Beach, FL 33140

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 19 of 45

Debtor    KPH Construction Corp.           Case number *(if known)* 19-20939-beh

Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87**   Nonpriority creditor's name and mailing address

Guru of Luxury

6000 Indian Creek Drive Suite 1801-A

Miami Beach, FL 33140

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Notice only

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 0.00

---

**3.88**   Nonpriority creditor's name and mailing address

H.J. Martin and Son, Inc.

320 S. Military Ave.

Green Bay, WI 54303

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    over time

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 85,000.00

---

**3.89**   Nonpriority creditor's name and mailing address

Halling & Cayo

320 E Buffalo St #700

Milwaukee, WI 53202

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 5,960.00

---

**3.90**   Nonpriority creditor's name and mailing address

Hard Rock Sawing and Drilling

P.O. Box 718

Keshena, WI 54135

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 4,916.50

---

**3.91**   Nonpriority creditor's name and mailing address

Heat & Power Products Inc

1501 Bohm Dr

Little Chute, WI 54140

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 0.00

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** Nonpriority creditor's name and mailing address

Hennes Services, Inc.

4100 W. Lincoln Avenu
West Milwaukee, WI 53215

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,916.50

---

**3.93** Nonpriority creditor's name and mailing address

Henry R Marohl, Inc.

10848 W. Wisconsin Ave.
Wauwatosa, WI 53226

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred  over time

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 74,303.02

---

**3.94** Nonpriority creditor's name and mailing address

Hinshaw & Culbertson LLP

333 South Seventh St.  Suite 2000
Minneapolis, MN  55402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice only

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.95** Nonpriority creditor's name and mailing address

Historic Equity Wisconsin Inc.

1034 S Brentwood Blvd
Saint Louis, MO 63117

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.96** Nonpriority creditor's name and mailing address

Holton Brothers, Inc.

1257 Terminal Road
Grafton, WI 53024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,801.00

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 21 of _45_

| Debtor | KPH Construction Corp. | Case number *(if known)* | 19-20939-beh |
|--------|------------------------|--------------------------|--------------|
|        | Name                   |                          |              |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97**   Nonpriority creditor's name and mailing address

Hotel Northland Developer LLC

1237 W Bruce St

Milwaukee, WI 53204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Notice Only

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.98**   Nonpriority creditor's name and mailing address

Hotel Northland LLC

1237 W Bruce Street

Milwaukee, WI 53204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.99**   Nonpriority creditor's name and mailing address

Husch Blackwell LLP

P.O. Box 790379

St. Louis, MO 63179-0379

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,706.80

---

**3.100**   Nonpriority creditor's name and mailing address

Integrity Grading & Excavating

605 Grossman Drive

Schofield, WI 54476

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,944.00

---

**3.101**   Nonpriority creditor's name and mailing address

Interstate Sawing Company Inc.

7403 Sleepy Hollow Rd

West Bend, WI 53090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 22 of _45_

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.102** Nonpriority creditor's name and mailing address

J Ryan Bonding

P.O. Box 465

Hudson, WI 54016-0465

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,545.00

---

**3.103** Nonpriority creditor's name and mailing address

John Suchorski

W232 S5265 Amy court

Waukesha, WI 53189

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.104** Nonpriority creditor's name and mailing address

Johnson & Sons Paving, LLC

20275 W. Good Hope Road

Lannon, WI 53046

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Date or dates debt was incurred   11/21/2018

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 107,217.51

---

**3.105** Nonpriority creditor's name and mailing address

Johnson Controls Security Solutions

P.O. Box 371967

Pittsburgh, PA 15250-7967

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 389.97

---

**3.106** Nonpriority creditor's name and mailing address

Just Service Inc.

P.O. Box 227

Greendale, WI 53129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,253.00

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.107** Nonpriority creditor's name and mailing address

Kahler Slater Inc.

648 N Plankinton Ave

Milwaukee, WI 53203

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.108** Nonpriority creditor's name and mailing address

Klawes Company Inc.

N56W13740 W Silver Spring Rd

Menomonee Falls, WI 53051

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.109** Nonpriority creditor's name and mailing address

Komisar & Spindler

N86 W16394 Appleton Avenue

Menomonee Falls, WI 53051

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,500.00

---

**3.110** Nonpriority creditor's name and mailing address

Komisar and Spindler S.C.

N86 W16394 Appleton Ave

Menomonee Falls, WI 53051

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.111** Nonpriority creditor's name and mailing address

KPH Construction Services LLC

1237 W. Bruce Street

Milwaukee, WI 53204

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 845,677.05

---

| Debtor | KPH Construction Corp. | Case number (if known) | 19-20939-beh |
|--------|------------------------|------------------------|--------------|
|        | Name                   |                        |              |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112** Nonpriority creditor's name and mailing address

KPH Environmental Corp.

1237 W. Bruce Street
Milwaukee, WI 53204

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 145,329.52

---

**3.113** Nonpriority creditor's name and mailing address

Lake City Mechanical, Inc.

P.O. Box 300
Marshall, WI 53559-0300

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,334.71

---

**3.114** Nonpriority creditor's name and mailing address

Langer Roofing & Sheet Metal

345 South Curtis Road
Milwaukee, wi 53214

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 49,868.87

---

**3.115** Nonpriority creditor's name and mailing address

Liberty Mutual Insurance Company

3815 Forbs Ave Suite 102 c/o Gretchen A. Eck
Hoffman Estates, Illinois 60192

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.116** Nonpriority creditor's name and mailing address

Lincoln Contractors Supply Inc.

P.O. Box 270168
Milwaukee, WI 53227

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,314.49

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 25 of 45

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.117** Nonpriority creditor's name and mailing address

Loch Construction Co. Inc.

P.O. Box 11265
Green Bay, WI 54307-1265

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,457.13

---

**3.118** Nonpriority creditor's name and mailing address

LP/w Design Studios

6901 N Lake Dr
Fox Point, WI 53217

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.119** Nonpriority creditor's name and mailing address

Lurie Glass

P.O. Box 240017
Milwaukee, WI 53204-0001

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,417.00

---

**3.120** Nonpriority creditor's name and mailing address

Lurie Glass

P.O. Box 240017
Milwaukee, WI 53204-0001

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,417.00

---

**3.121** Nonpriority creditor's name and mailing address

Lynch Truck Center

29000 Sharon Ln.
Waterford, WI 53185

Date or dates debt was incurred   01/30/2019

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 63.56

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 26 of  45

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.122** Nonpriority creditor's name and mailing address

Marsh & Mclennan Agency

Lockbox 740663
Los Angeles, CA 90074

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 12,376.00

---

**3.123** Nonpriority creditor's name and mailing address

Martin Morales

1653 S. 57th St.
West Allis, WI 53214

Date or dates debt was incurred   02/02/2019

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 206.58

---

**3.124** Nonpriority creditor's name and mailing address

Marv's Cleaning Service

1222 S. 116th Street
West Allis, WI 53214

Date or dates debt was incurred   02/11/2019

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 600.86

---

**3.125** Nonpriority creditor's name and mailing address

MEI Total Elevator Solutions

N50 W13740 Overview Drive Suite C
Menomonee Falls, WI 53051

Date or dates debt was incurred   5/06/2017

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 15,732.20

---

**3.126** Nonpriority creditor's name and mailing address

Michael Hool

502 East Willow Road
Milwaukee, WI 53217

Date or dates debt was incurred   _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 373.29

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 27 of _45

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127** Nonpriority creditor's name and mailing address

Michael J. Frantz

1143 Woodhill Dr.
Northbrook, IL 60062

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.128** Nonpriority creditor's name and mailing address

Midwest Drilled Foundations & Engineering

200 S Prairie Ave
Waukesha, WI 53186

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 4,850.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.129** Nonpriority creditor's name and mailing address

Miller & Associates - Sauke Prairie, Inc.

P.O. Box 154
Prairie du Sac, WI 53578

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,425.60

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address

Milliken & Company

920 Milliken Road
Spartanburg, SC 29303

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address

Milwaukee Insulation Co. Inc.

P.O. Box 78106
Milwaukee, WI 53

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice only

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 28 of 45

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

3.132 **Nonpriority creditor's name and mailing address**

Milwaukee Water Works

P.O. Box 3268
Milwaukee, WI 53201-3268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Notice only

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.133 **Nonpriority creditor's name and mailing address**

National Elevator Inspection

P.O. Box 503067
St. Louis, MO 63150-3067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.134 **Nonpriority creditor's name and mailing address**

Nexgen Building Supply

P.O. Box 6164
Carol Stream, IL 60197-6164

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 945.69

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.135 **Nonpriority creditor's name and mailing address**

Northwest Specialty Hardware

15865 SE 114th Ave. Ste. C
Clackamas, OR 97015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 78.95

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.136 **Nonpriority creditor's name and mailing address**

Octagon Credit Partners LP

126 Garrett Street Suite G
Charlottesillve, VA  22902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 29 of _45_

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.137** Nonpriority creditor's name and mailing address

O'Neil Cannon Hollman Dejong & Laing SC

111 E Wisconsin Ave
Milwaukee, WI 53202

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: __Professional services__/Promissory Note 9/13/2018

Is the claim subject to offset?
☒ No
☐ Yes

$ 240,609.40

---

**3.138** Nonpriority creditor's name and mailing address

OSI Environmental Inc.

912 Tesch Court
Waukesha, WI 53186

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 16,665.00

---

**3.139** Nonpriority creditor's name and mailing address

Pac-Van Inc.

75 Remittance Drive Suite 3300
Chicago, IL 60675-3300

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,669.50

---

**3.140** Nonpriority creditor's name and mailing address

Paul Crandall & Associates Inc.

1645 N. Port Washington Road
Grafton, WI 53024

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 44,867.50

---

**3.141** Nonpriority creditor's name and mailing address

Pavement Maintenance Inc.

N57 W13250 Shenandoah Dr.
Menomonee Falls, WI 53051

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 172.50

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142 Nonpriority creditor's name and mailing address**

Performance Firestop

704 Lombardi Ave.
Green Bay, WI 54304

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 253.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.143 Nonpriority creditor's name and mailing address**

Pieper Electric, Inc.

5477 S Westridge Crt
New Berlin, WI 53151

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.144 Nonpriority creditor's name and mailing address**

Pitney Bowes Purchase Power

P.O. Box 371874
Pittsburgh, PA 15250-7874

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice only

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.145 Nonpriority creditor's name and mailing address**

PRA Plunkett Raysich Architect

209 South Water Street
Milwaukee, WI 53204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 487.50

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.146 Nonpriority creditor's name and mailing address**

Progressive Dynamics

712 Bonded Parkway
Streamwood, IL 60107

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

$ 20,000.00

Date or dates debt was incurred 7/02/2017

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    KPH Construction Corp.      Case number *(if known)* 19-20939-beh

Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.147** Nonpriority creditor's name and mailing address

Pro-Seal Asphalt Paving & Main

N8 W22550 Johnson Drive

Waukesha, WI 53186

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 21,201.91

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.148** Nonpriority creditor's name and mailing address

R.J. Woods

W208 N16927 Center Street

Jackson, WI 53037

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

$ 13,061.00

Date or dates debt was incurred   08/11/2017

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.149** Nonpriority creditor's name and mailing address

Raynor Door Authority

9450 Forest Hills Rd.

Loves Park, IL 61111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 4,277.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.150** Nonpriority creditor's name and mailing address

Rick Scharf Trucking

P.O. Box 273

Muskego, WI 53150

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

$ 1,240.60

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.151** Nonpriority creditor's name and mailing address

RJ Jacques Inc

1710 Steffens Way

Green Bay, WI 54311

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.152** Nonpriority creditor's name and mailing address

RLP Diversified, Inc.

207 Front Street
Burlington, WI 53105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    01/11/2019

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,493.94

---

**3.153** Nonpriority creditor's name and mailing address

Rod Reineke

1505 S. 167th Street
New Berlin, WI 53151

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 16,980.60

---

**3.154** Nonpriority creditor's name and mailing address

S2 Technologies, LLC

2925 W. Lincoln
Milwaukee, WI 53215

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,249.28

---

**3.155** Nonpriority creditor's name and mailing address

Safway Services, LLC

9800 W. Rogers Street
West Allis, WI 53227

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice only

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.156** Nonpriority creditor's name and mailing address

Schott Bulbitz & Engel S.C.

640 W. Moreland Boulevard
Waukesha, WI 53188

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,112.50

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 33 of  45

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.157** Nonpriority creditor's name and mailing address

Schott, Bublitz & Engel S.C.

640 W. Moreland Blvd.
Waukesha, WI 53188

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,020.00

---

**3.158** Nonpriority creditor's name and mailing address

Secure Fire & Safety

11905 Ripley Ave.
Wauwatosa, WI 53226

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred  8/30/2017

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 887.00

---

**3.159** Nonpriority creditor's name and mailing address

Secure Fire and Safety LLC

11905 W Ripley Ave
Wauwatosa, WI 53226

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.160** Nonpriority creditor's name and mailing address

Sids Sealants

P.O. Box 347
Port Washington, WI 53074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  1/04/2019

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 612.00

---

**3.161** Nonpriority creditor's name and mailing address

Simplex Grinnell, LP

N58 W14782 Shawn Circle
Menomonee Falls, WI 53051

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,629.43

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

page 34 of _45

| Debtor | KPH Construction Corp. | Case number (if known) 19-20939-beh |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.162**   Nonpriority creditor's name and mailing address

Sitzberger Glass Inc.

251 Stockhausen Lane

West Bend, WI 53095

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Notice only

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 0.00

---

**3.163**   Nonpriority creditor's name and mailing address

Spolar Studios LLC

3100 W Vera Ave

Glendale , WI 53209

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 0.00

---

**3.164**   Nonpriority creditor's name and mailing address

Springview Landscape Service, Inc.

420 S. Ronsman Road

Green Bay, WI 54311

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 2,730.00

---

**3.165**   Nonpriority creditor's name and mailing address

Sunbelt Rentals Inc.

P.O. Box 409211

Atlanta, GA 30384-9211

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 20,093.92

---

**3.166**   Nonpriority creditor's name and mailing address

The Boelter Companies Inc.

N22W23685 Ridgeview Pkwy

Waukesha, WI 53188

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 0.00

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 35 of _45_

| Debtor | KPH Construction Corp. | Case number (if known) | 19-20939-beh |
|--------|------------------------|------------------------|--------------|
| | Name | | |

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.167** Nonpriority creditor's name and mailing address

The Sigma Group

1300 W. Canal Street
Milwaukee, WI 53233

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 5,761.56

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.168** Nonpriority creditor's name and mailing address

The VanderBloemen Group LLC

215 W. North St.
Waukesha, WI 53188

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 25,354.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.169** Nonpriority creditor's name and mailing address

Thomas G. Secor

633 E. Walnut St
Green Bay, WI 54301

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Notice Only

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.170** Nonpriority creditor's name and mailing address

Time Warner Cable

P.O. Box 4639
Carol Stream, IL 60197-4639

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 132.09

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.171** Nonpriority creditor's name and mailing address

Total Wall Systems LLC

4258 Upland Dr.
Colgate, WI 53017

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 4,631.25

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

page 36 of 45

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.172** Nonpriority creditor's name and mailing address

Tweet/Garot Mechanical Inc.

1825 Dolphin Dr
Waukesha, WI 53186

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Notice Only

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.173** Nonpriority creditor's name and mailing address

U.S. Bancrop

Attn: Bankruptcy Dept. P.O. box 5229
Cincinnati, OH 45201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice only

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.174** Nonpriority creditor's name and mailing address

United Healthcare Insurance Co.

P.O. Box 94017
Palatine, IL 60094-4017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice only

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.175** Nonpriority creditor's name and mailing address

United Rentals (North America)

P.O. Box 840514
Dallas, TX 75284-0514

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice only

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.176** Nonpriority creditor's name and mailing address

United States Fire Protection

2936 South 166th Street
New Berlin , WI 53151

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 14,891.50

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 37 of _45_

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177** Nonpriority creditor's name and mailing address

UPS

Lockbox 577
Carol Stream, IL 60132-0577

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 131.54

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.178** Nonpriority creditor's name and mailing address

US Bancorp Community Development Corporation

1307 Washington Ave Suite 300
Saint Louis, MO 63103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.179** Nonpriority creditor's name and mailing address

VandenPlas Sanitation Inc.

5132 County R.
Denmark, WI 54208

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.180** Nonpriority creditor's name and mailing address

Venture

2110 Pewaukee Rd.
Waukesha, WI 53188

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

$ 8,185.12

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.181** Nonpriority creditor's name and mailing address

Visa Business

P.O. Box 6294
Carol Stream, IL 60197-6294

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Marriott Rewards business card

$ 6,600.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | KPH Construction Corp. | Case number (if known) | 19-20939-beh |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182 Nonpriority creditor's name and mailing address**

Vorpahl Fire & Safety

P.O. Box 12175

Green Bay, WI 54307-2175

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 429.58

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.183 Nonpriority creditor's name and mailing address**

Wegner CPAs, LLP - Baraboo

P.O. Box 150

Baraboo, WI 53913

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 508.75

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.184 Nonpriority creditor's name and mailing address**

Western National Insurance

Edina Corporate Center 4700 West 77th St.

Edina, MN 55435-4818

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Notice only

$ 80,700.80

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.185 Nonpriority creditor's name and mailing address**

WI Steel Contractors

1528 W. Donges Bay Rd.

Mequon, WI 53092

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 36,924.30

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.186 Nonpriority creditor's name and mailing address**

Wisconsin Public Services Corp

933 S Wildwood Ave P.O. Box 19003

Sheybogan, WI 53081

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Notice Only

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

page 39 of 45

| Debtor | KPH Construction Corp. | Case number *(if known)* | 19-20939-beh |
|--------|------------------------|--------------------------|--------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187** Nonpriority creditor's name and mailing address

Xcel Energy

P.O. Box 9477
Minneapolis, MN 55484-9477

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred    1/18/2019

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48.08

---

**3.188** Nonpriority creditor's name and mailing address

Zersen Flooring Inc.

412 8th Street
Monroe, WI 53566

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 57,570.00

---

**3.189** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.190** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.191** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 40 of _45_

| Debtor | KPH Construction Corp. | Case number (if known) | 19-20939-beh |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Wisconsin Dept. of Revenue<br>PO Box 930208<br>Milwaukee, WI 53293-0208 | Line 2.2<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | David Henry Weber (231 S Adams St , Green Bay, Wisconsin 54305)<br>231 S Adams St , PO Box 23200<br>Green Bay, Wisconsin 54305 | Line 3.9<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | David Knute Ziemer<br>1901 Central Ave # 202<br>Cheyenne, WY 82001 | Line 3.23<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Michael Ray Demerath<br>200 S Washington St Ste 200<br>Green Bay, WI 54301 | Line 3.27<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Aaron Hunter Kastens<br>555 Main St<br>Racine, WI 53403 | Line 3.35<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Justtin Michael Mertz<br>100 E Wisconsin Ave Ste 3300<br>Milwaukee, WI 53202 | Line 3.35<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Vanessa R Chavez<br>100 N Jefferson St # 200<br>Green Bay, WI 54301 | Line 3.41<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Jason L. Johnson<br>1665 N Water St Ste A<br>Milwaukee, WI 53202 | Line 3.51<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Ryan Matthew Billings<br>4650 N Port Washington Bldg 2nd FL<br>Milwaukee, Wisconsin 53212 | Line 3.52<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Michele M. Mckinnon<br>231 S Adams St PO Box 23200<br>Green Bay, WI 54305 | Line 3.61<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Christopher Allen Camardello<br>401 2nd Ave N Ste 400<br>Minneapolis, MN 55401 | Line 3.71<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.12. | Jeffrey R. Ansel<br>225 S 6th St Ste 3500<br>Minneapolis, MN 55402 | Line 3.71<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 41 of 45

Debtor    KPH Construction Corp.      Case number (if known) 19-20939-beh

Name

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.13 William E Ryan<br>631 N Mayfair Rd<br>Wauwatosa , WI 53226 | Line 3.72<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.14 Steven Jerold Krueger<br>231 S Adams St  PO Box 23200<br>Green Bay, WI 54305 | Line 3.76<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.15 Devon Daughety<br>4650 North Port Washington Road<br>Milwaukee, WI 53212 | Line 3.83<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.16 Samuel C. Wisotzkey<br>4650 North Port Washington Road<br>Milwaukee, WI 53212 | Line 3.83<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.17 Douglas R Stern<br>520 N Grand Ave<br>Waukesha, Wisconsin 53186 | Line 3.84<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.18 Heidi Davidson Melzer<br>414 E Walnut St Ste 280 , PO Box 11097<br>Green Bay, WI 54307 | Line 3.86<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.19 Michael Ray Demerath<br>200 S Washington St Ste 200<br>Green Bay, WI 54301 | Line 3.88<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.20 John R Schreiber<br>111 E Wisconsin Ave Ste 1400<br>Milwaukee, WI 53202 | Line 3.98<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.21 Nicholas L Hahn<br>107 Church Ave<br>Milwaukee, WI 54901 | Line 3.98<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.22 Paul Gregory Swanson<br>111 E Wisconsin Ave Ste 1400<br>Oshkosh, WI 54901 | Line 3.98<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.23 Robert Gagan<br>716 Pine St<br>Green Bay, WI 54301 | Line 3.98<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.24 Steven J. Slawinski<br>111 E Wisconsin Ave Ste 1400<br>Milwaukee, WI 53202 | Line 3.98<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.25 Patrick H. Madden<br>116 S Main St<br>Mayville, WI 53050 | Line 3.101<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.26 Melissa Blair Epsin<br>100 Manpower Pl<br>Milwaukee, WI 53212 | Line 3.107<br>☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | KPH Construction Corp. | Case number (if known) 19-20939-beh |
|--------|------------------------|-------------------------------------|
|        | Name                   |                                     |

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|-----------------------------------------|
| 4.27 Michael D. Huitink<br>675 N Barker Rd Ste 300<br>Brookfield, Wisconsin 53045 | Line 3.107<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.28 Sean Connor Leedom<br>N20W22961 Watertown Rd<br>Waukesha , WI 53186 | Line 3.108<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.29 Steven William Jelenchick<br>330 E Kilbourn Ave  Tower 2 Ste 1085<br>Milwaukee, Wisconsin 53202 | Line 3.115<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.30 Christopher Lee Rexroat<br>740 N Plankinton Ave Ste 800<br>Milwaukee, Wisconsin 53203 | Line 3.118<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.31 March & McLennan Agency<br>2725 S Moorland Rd. #200<br>New Berlin, WI 53151 | Line 3.122<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.32 Kristy A. Christensen<br>2401 E Enterprise Ave<br>Appleton, WI 54913 | Line 3.125<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.33 Thomas J. Nitschke<br>123 N Wacker Dr. Ste 250<br>Chicago, IL  60606 | Line 3.127<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.34 Sherry Dawn  Coley<br>318 S Washington St Ste 300<br>Green Bay, Wisconsin 54301 | Line 3.136<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.35 Ronald F. Metzler | Line 3.148<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.36 Ronald F. Metzler<br>222 Cherry St<br>Green Bay, Wisconsin 54301 | Line 3.151<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.37 Stephanie Hanold Anacker<br>675 N Barker Rd Ste 300<br>Brookfield, WI 53045 | Line 3.159<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.38 Thomas C. Hofbauer<br>N20W22961 Watertown Rd<br>Waukesha, Wisconsin 53186 | Line 3.159<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.39 Christopher Lee Rexroat<br>740 N Plankinton Ave Ste 800<br>Milwaukee, Wisconsin 53203 | Line 3.163<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.40 Katie L. Mason<br>1000 N Water St # 2100<br>Milwaukee, Wisconsin 53202 | Line 3.166<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 43 of  45

| Debtor | KPH Construction Corp. | Case number (if known) | 19-20939-beh |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.41 Katherine Maloney Perhach<br>411 E Wisconsin Ave Ste 2350<br>Milwaukee, WI 53202 | Line 3.172<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.42 Kevin M. Long<br>411 E Wisconsin Ave Ste 2350<br>Milwaukee, Wisconsin 53202 | Line 3.172<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.43 Frank W. Dicastri<br>555 E Wells St Ste 1900<br>Milwaukee, Wisconsin 53202 | Line 3.178<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.44 | Line ____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.45 | Line ____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.46 | Line ____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.47 | Line ____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.48 | Line ____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.49 | Line ____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.50 | Line ____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.51 | Line ____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.52 | Line ____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.53 | Line ____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.54 | Line ____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 44 of 45

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 19,734.33 |
| 5b. **Total claims from Part 2** | 5b.  **+** | $ 3,176,707.80 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,196,442.13 |

Attachment
Debtor: KPH Construction Corp.        Case No: 19-20939-beh

**Attachment 1**

   **Centralized Insolvency Operations, P.O. Box 7346**

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease for two buildings located at 1237 W. Bruce St., Milwaukee, WI 53204 | Bruce Real Estate LLC<br>1237 W. Burce St. |
| | State the term remaining | 12/31/19 renews unless terminated. | |
| | List the contract number of any government contract | | Milwaukee          WI          53204 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2018 Black Jaguar XE, 39 months | Fields Pag, Inc.<br>1901 E. Moreland Blvd |
| | State the term remaining | Terminates on 05/07/2022 | |
| | List the contract number of any government contract | | Waukesha          WI          53186 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2019 Silverado Chevrolet, 39 month term | Braeger Chevrolet, Inc.<br>4100 S 27th St |
| | State the term remaining | Lease Expires 05/05/2022 | |
| | List the contract number of any government contract | | Milwaukee          WI          53221 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2019 Ford F-150, 36 month term | Braeger Ford Inc.<br>4201 S 27th St |
| | State the term remaining | 02/02/2022 | |
| | List the contract number of any government contract | | Greenfield          WI          53221 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | See Attachment |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___KPH Construction Corp.___

United States Bankruptcy Court for the: ___District of Wisconsin Eastern___

Case number (If known): ___19-20939-beh___

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Keith Harenda | 18411 W. Wisconsin Ave. <br> Street <br><br> Brookfield   Wisconsin   53045 <br> City   State   ZIP Code | BMO Harris Bank | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 KPH Environmental Corp. | 1237 W. Bruce St. <br> Street <br><br> Milwaukee   WI   53204 <br> City   State   ZIP Code | BMO Harris Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 KPH Construction Services, LLC | 1237 W. Bruce St. <br> Street <br><br> Milwaukee   WI   53204 <br> City   State   ZIP Code | BMO Harris Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 Bruce Real Estate, LLC | 1237 W. Bruce St. <br> Street <br><br> Milwaukee   WI   53204 <br> City   State   ZIP Code | BMO Harris Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.5 KPH Investments, LLC | 1237 W. Bruce St. <br> Street <br><br> Milwaukee   WI   53204 <br> City   State   ZIP Code | BMO Harris Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6 KBH Holdings, LLC | 1237 W. Bruce St. <br> Street <br><br> Milwaukee   WI   53204 <br> City   State   ZIP Code | BMO Harris Bank | ☑ D <br> ☐ E/F <br> ☐ G |

| ██ | **Additional Page if Debtor Has More Codebtors** |
|----|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.7 | Knollhaven Real Estate, LLC | 1237 W. Bruce St. <br> Street <br><br> Milwaukee     WI     53204 <br> City    State    ZIP Code | | BMO Harris Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.8 | | Street <br><br> City    State    ZIP Code | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.9 | | Street <br><br> City    State    ZIP Code | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.10 | | Street <br><br> City    State    ZIP Code | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.11 | | Street <br><br> City    State    ZIP Code | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.12 | | Street <br><br> City    State    ZIP Code | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.13 | | Street <br><br> City    State    ZIP Code | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.14 | | Street <br><br> City    State    ZIP Code | | | ☐ D <br> ☐ E/F <br> ☐ G |

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                   12/15

---

**Part 1:**   **Summary of Assets**

---

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from *Schedule A/B* ............................................................ | $ **0.00**

    1b.  **Total personal property:**
        Copy line 91A from *Schedule A/B* .......................................................... | $ **8,036,149.34**

    1c.  **Total of all property:**
        Copy line 92 from *Schedule A/B* ............................................................ | $ **8,036,149.34**

---

**Part 2:**   **Summary of Liabilities**

---

2.  *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, at the bottom of page 1 of *Schedule D* ............................ | $ **7,600,000.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F* ......................................................... | $ **19,734.33**

    3b.  **Total amount of claims of non-priority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ......................................... | + $ **3,176,707.80**

4.  **Total liabilities** ...................................................................................................................... | $ **10,796,442.13**
    Lines 2 + 3a + 3b

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

[x] *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

[x] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

[x] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

[x] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

[x] *Schedule H: Codebtors* (Official Form 206H)

[x] *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

[ ] Amended *Schedule* _____

[ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

[ ] Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/19/19__
MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

__Keith P. Harenda__
Printed name

__President__
Position or relationship to debtor

Official Form B202          Declaration Under Penalty of Perjury for Non-Individual Debtors