So Ordered.

Dated: September 13, 2023



Beth E. Hanan
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

**In the matter of:**

**Keith P. Harenda.,**[1]

**Debtor.**

**Case No. 19-20944-beh**
**Chapter 11 Proceedings**
**(Jointly Administered)**

## ORDER REOPENING CASE, GRANTING DISCHARGE OF CHAPTER 11 DEBTOR, ENTERING FINAL DECREE AND CLOSING CASE

Upon consideration of the motion of Keith P. Harenda, the "Debtor," to reopen this chapter 11 case to grant the Debtor's discharge and enter a final decree, due notice having been given and no objections having been filed, the Court finds that the Debtor has completed all payments under the confirmed plan and has otherwise complied with the requirements to receive a discharge.

IT IS THEREFORE ORDERED: the Debtor's bankruptcy case is reopened.

IT IS FURTHER ORDERED: the Debtor is granted a discharge of all dischargeable debts, and the Chapter 11 Order of Discharge will be sent to all creditors.

IT IS FURTHER ORDERED: the final report is approved, and this case may be closed.

# # # # #

---

[1] Jointly administered with *KPH Construction Corp,* (Case No. 19-20939), *KPH Environmental Corp.* (Case No. 19-20940-beh), *KPH Construction Services, LLC* (Case No. 19-20942-beh), and *Triple H Holdings, LLC* (Case No. 19-20945-beh).